# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WILLIAM KENTROS,<br><br>               Defendant. | Case No.: 2:16-cr- 218<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEQUENDUM FOR<br>WILLIAM KENTROS<br>(ID#) 01970705 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **WILLIAM KENTROS** before the United States District Court at Las Vegas, Nevada, on or about Tuesday, July 26, 2016, Courtroom 3A, GWF _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 19, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-218 |
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEUS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| | ) | WILLIAM KENTROS |
| vs. | ) | (ID#) 01970705 |
| | ) | |
| WILLIAM KENTROS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **WILLIAM KENTROS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **WILLIAM KENTROS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **WILLIAM KENTROS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Tuesday, July 26, 2016. — Courtroom 3A, GWF _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

1        That the presence of the said **WILLIAM KENTROS** before the United States District

2  Court on or about ___ Tuesday, July 26, 2016, Courtroom 3A, GWF _____, at the hour of 3:00 p.m., for

3  arraignment and from time to time and day to day thereafter until excused by the Court has been

4  ordered by the United States Magistrate or District Judge for the District of Nevada.

5        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

6  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

7  Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

8  them to produce the said **WILLIAM KENTROS** before the United States District Court on or

9  about ___ Tuesday, July 26, 2016, Courtroom 3A, GWF _____, at the hour of 3:00 p.m., for arraignment and from

10  time to time and day to day thereafter, at such times and places as may be ordered and directed

11  by the Court entitled above, to appear before the Court, and when excused by the said Court, to

12  be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

13        DATED this 19th day of July, 2016.

14

15                    Respectfully submitted,

16                    DANIEL G. BOGDEN
                  United States Attorney

17

18                    ALEXANDRA MICHAEL
                  Assistant United States Attorney

19

20

21

22

23

24